UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1-09-CR-138-CLC-SKL-1 |
| v. ) | |
| ) | |
| VICTOR HUGO DELAROSA ) | |
| ) | |

MEMORANDUM AND ORDER

VICTOR HUGO DELAROSA ("Supervised Releasee") appeared for a hearing before the undersigned on October 9, 2015, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition"). Those present for the hearing included:

(1) An Assistant United States Attorney for the Government;
(2) Supervised Releasee; and
(3) An Attorney with Federal Defender Services of Eastern Tennessee ("FDS") for the Supervised Releasee.

After being sworn in due form of law, Supervised Releasee was informed or reminded of his privilege against self-incrimination accorded him under the Fifth Amendment to the United States Constitution. It was previously determined that Supervised Releasee qualified for appointed counsel and, upon arrival in the charging district, FDS was appointed to represent Supervised Releasee.

Conclusions

It is ORDERED:

(1) Supervised Releasee shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The U.S. Marshal shall transport Supervised Releasee to a revocation hearing before Judge Collier on **Thursday, November 19, 2015 at 2:00 p.m. [EASTERN]**.

SO ORDERED.

ENTER:

s/ Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE